## BORTON to use of STREET v. STREEPER.

### December 10, 1836.

*Rule on plaintiff to produce papers.*

Where the deposition of a nominal plaintiff as a witness is about to be taken under a rule, and he has in his possession books and papers, the production of which are necessary to enable the defendant to cross-examine, the court will order the plaintiff to produce them for the inspection of defendant, and will stay proceedings on the rule to take the deposition until the same are produced, unless sufficient cause of non-production be shown by the deposition.

THIS was a *scire facias* on a mechanic's claim, brought by

[Borton to use of Street v. Streeper.]

Borton the mechanic to the use of Street, to whom he had assigned the claim filed against Streeper, the owner. On the 8th of December, 1836, the plaintiff's attorney entered a rule to take the depositions of Borton, the nominal plaintiff, before a magistrate. December 10, 1836, the defendant made affidavit that the plaintiff, Borton, had in his possession certain books and documents which were necessary to enable him to cross-examine, and which were material to his defence. On motion of

*Clarkson,* for defendant,

THE COURT ordered " the plaintiff to produce for inspection of defendant's counsel, and to enable him to cross-examine said plaintiff, a certain account-book of the said Amasa Borton, plaintiff, containing a day-book and ledger, and an account with Richard Streeper, kept by him during the spring and summer, or fall of 1834, and a receipt-book kept by the said Borton during the same period; also, an agreement made between Swinn & Warrington and the said Borton, about the beginning of June, 1834, by which the said Swinn & Warrington agreed to do the bricklaying of the fifteen houses against which the claim on which the *scire facias* issued was filed, and proceedings on the rule to take depositions to stay until the same are produced, unless the cause of non-production of the same be shown by the said depositions."